■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS SEAMAN, Appellant. [823 NYS2d 683]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Donnino, J.), rendered April 21, 2005, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Florio, J.P., Crane, Spolzino and Covello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODERICK SPENCER, Appellant. [823 NYS2d 689]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 30, 1989 (*People v Spencer,* 146 AD2d 817 [1989]), affirming a judgment of the Supreme Court, Kings County, rendered November 4, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Miller and Schmidt, JJ., concur.